| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dowdell, John E. | U.S. District Court, Northern District of Oklahoma | 06/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final | 01/01/2013 to 12/31/2013 |
| | 5b. ☒ Amended Report | |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. 4th Street, Room 411
Tulsa, Oklahoma 74103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Family & Children's Services - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. -Greystone Logistics, Inc. Stock (common) | | None | K | T | | | | | |
| 3. -American Funds Capital World Fund (Y) | | | | | | | | | |
| 4. -American Funds Growth Fund of America (Y) | | | | | | | | | |
| 5. -American Funds Investment Company of America | | None | K | T | Sold (part) | 08/13/13 | J | A | |
| 6. -American Funds New Perspective Fund (Y) | | | | | | | | | |
| 7. -American Funds Washington Mutual Fund | A | Dividend | K | T | Sold (part) | 08/29/13 | J | A | |
| 8. -Fidelity Advisor Balanced Fund | | None | | | Sold | 01/28/13 | J | A | |
| 9. | | | | | | | | | |
| 10. -First Eagle Global Fund | A | Dividend | K | T | Sold (part) | 08/15/13 | J | A | |
| 11. | | | | | Sold (part) | 08/15/13 | J | A | |
| 12. | | | | | Sold (part) | 08/29/13 | J | A | |
| 13. | | | | | Sold (part) | 08/29/13 | J | A | |
| 14. | | | | | Sold (part) | 09/04/13 | J | A | |
| 15. -MainStay Government Fund (Y) | | | | | | | | | |
| 16. -Oppenheimer Global Allocation Fund | | None | | | Sold (part) | 08/13/13 | J | | |
| 17. | | | | | Sold | 08/13/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Prudential International Equity Fund | | None | J | T | | | | | |
| 19. -Prudential Jennison Select Growth Fund | | None | J | T | | | | | |
| 20. -Templeton Global Opportunities Fund (Y) | | | | | | | | | |
| 21. -UBS U.S. Allocation Fund | | None | | | Sold | 01/16/13 | J | | |
| 22. -UBS Money Market Account | | None | J | T | | | | | |
| 23. -American Funds Capital World Growth & Income Fund CL A | A | Dividend | K | T | Sold (part) | 08/29/13 | J | A | |
| 24. | | | | | | | | | |
| 25. 401K #1 (Y) | | | | | | | | | |
| 26. -ABA Stable Asset Return Fund | | None | | | Closed | 02/19/13 | L | | |
| 27. -ABA Balanced Fund | | None | | | Closed | 02/19/13 | M | | |
| 28. -ABA Large Cap Equity Fund | | None | | | Closed | 02/19/13 | M | | |
| 29. -ABA Small-Mid Cap Equity Fund | | None | | | Closed | 02/19/13 | M | | |
| 30. | | | | | | | | | |
| 31. Brokerage Account #2 (Y) | | | | | | | | | |
| 32. -AAPL | | None | | | Sold | 03/01/13 | J | | |
| 33. -BHP | | None | | | Sold | 03/01/13 | J | | |
| 34. -CAT | | None | | | Sold | 03/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Small Cap Bull 3X Shares | | None | | | Sold | 03/01/13 | J | | |
| 36. -INTC | | None | | | Sold | 03/01/13 | J | | |
| 37. -iShares Russell 2000 Growth Ind. | | None | | | Sold | 03/01/13 | J | | |
| 38. -ORCL | | None | | | Sold | 03/01/13 | J | | |
| 39. -Proshares Ultra QQQ | | None | | | Sold | 03/01/13 | J | | |
| 40. -SGMO | | None | | | Sold | 03/01/13 | J | | |
| 41. -SCCO | | None | | | Sold | 03/01/13 | J | | |
| 42. -TD Ameritrade Money Market Account | | None | | | Closed | 03/01/13 | J | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. IRA #1 | C | Int./Div. | M | T | | | | | |
| 46. -Allianz NFJ Renaissance Fund (Y) | | | | | | | | | |
| 47. -American Funds Capital World Growth Allocation Fund | | | | | | | | | |
| 48. -American Funds Investment Company of America | | | | | | | | | |
| 49. -First Eagle Global Fund | | | | | | | | | |
| 50. -Ivy Asset Strategy Fund | | | | | | | | | |
| 51. -Oppenheimer Global Allocation Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Prudential International Equity Fund | | | | | | | | | |
| 53. -Prudential Jennison Select Growth Fund | | | | | | | | | |
| 54. -Allianzgi NFJ Mid-Cap Value Fund Class A (X) | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. Guardian Whole Life | | None | | | Closed | 11/20/13 | L | | |
| 57. Guardian Whole Life | | None | | | Closed | 11/20/13 | K | | |
| 58. | | | | | | | | | |
| 59. Mass Mutual Whole Life | | None | M | T | Open | 08/20/13 | M | | |
| 60. | | | | | | | | | |
| 61. Tulsa Federal Employee's Credit Union Account (Y) | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. IRA #2 (X) | E | Int./Div. | O | T | | | | | |
| 64. -Schwab Govt Money Fund | | | | | | | | | |
| 65. -ALPS TRUST ETF | | | | | Buy | 03/20/13 | J | | |
| 66. | | | | | Sold (part) | 09/13/13 | J | | |
| 67. -Apple Inc. Stock (common) | | | | | Sold | 03/19/13 | J | D | |
| 68. -BHP Billiton Ltd ADR FSponsored ADR | | | | | Sold | 03/19/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Biomed Realty Trust Inc. | | | | | Buy | 03/20/13 | J | | |
| 70. | | | | | Sold (part) | 04/26/13 | J | A | |
| 71. -Caterpillar Inc. Stock (common) | | | | | Sold | 03/19/13 | J | A | |
| 72. -Deere & Co. Stock (common) | | | | | Sold | 03/19/13 | J | A | |
| 73. -Direxion SHS EXCH TRD FDDaily Small Cap Bull 3X Shares | | | | | Sold | 03/19/13 | J | C | |
| 74. -Firstmerit Corp Stock (common) | | | | | Buy | 04/15/13 | J | | |
| 75. | | | | | Sold (part) | 08/07/13 | J | B | |
| 76. -Hasbro Inc. Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 77. | | | | | Sold (part) | 04/26/13 | J | A | |
| 78. | | | | | Sold | 05/28/13 | J | A | |
| 79. -Intel Corp Stock (common) | | | | | Sold | 03/19/13 | J | | |
| 80. -Ishares TR Russell 2000 Russell 2000 Growth | | | | | Sold | 03/19/13 | J | A | |
| 81. -Lockheed Martin Corp. Stock (common) | | | | | Buy | 04/26/13 | J | | |
| 82. | | | | | Sold (part) | 09/13/13 | J | B | |
| 83. | | | | | Sold | 09/19/13 | J | B | |
| 84. -Oracle Corporation Stock (common) | | | | | Sold | 03/19/13 | J | B | |
| 85. -Pfizer Incorporated Stock (common) | | | | | Buy | 03/20/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 87. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 88. | | | | | Sold (part) | 11/05/13 | J | A | |
| 89. -Southern Copper Corp. Stock (common) | | | | | Sold | 03/19/13 | J | B | |
| 90. -Powershares Global ETF Fundamental High YLD USDBond Port | | | | | Buy | 04/01/13 | J | | |
| 91. | | | | | Sold (part) | 07/01/13 | J | | |
| 92. -Proshares Ultra QQQ | | | | | Sold | 03/19/13 | J | D | |
| 93. -Total S A ADR Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 94. | | | | | Sold (part) | 11/15/13 | J | B | |
| 95. -Vanguard REIT Stock (common) | | | | | Buy | 04/01/13 | K | | |
| 96. | | | | | Sold | 07/01/13 | K | | |
| 97. -Sangamo Biosciences, Inc. Stock (common) | | | | | Sold (part) | 03/19/13 | J | | |
| 98. | | | | | Sold (part) | 03/19/13 | J | | |
| 99. | | | | | Sold | 03/19/13 | J | | |
| 100. -AGL Resources Inc. Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 101. -Amer Electric Pwr Co. Inc. Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 102. -ConocoPhillips Stock (common) | | | | | Buy | 03/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Darden Restaurants Inc. Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 104. -Leggett & Platt Inc. Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 105. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 106. -National Grid PLC ADR F Sponsored ADR Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 107. -Paychex Inc. Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 108. -Science Applications Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 109. -The Southern Company Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 110. -Waste Management Inc. Del. Stock (common) | | | | | Buy | 03/20/13 | J | | |
| 111. -Doubleline Total Return BD FD CL I | | | | | Buy | 03/20/13 | K | | |
| 112. -TCW Emerging Markets Income Fund CL I | | | | | Buy | 03/20/13 | J | | |
| 113. -TCW Total Return Bond Fund I Class | | | | | Buy | 03/20/13 | K | | |
| 114. -Annaly Capital Management | | | | | Buy | 03/20/13 | J | | |
| 115. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 116. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 117. -Ishares Barclays Bond FD Agency Bond Fund | | | | | Buy | 03/20/13 | K | | |
| 118. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 119. | | | | | Buy (add'l) | 04/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Pimco Exch Traded Fund Total Return | | | | | Buy | 03/25/13 | J | | |
| 121. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 122. -SPDR Barclays ETF 1-3 Year US Corp | | | | | Buy | 03/25/13 | K | | |
| 123. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 124. | | | | | Buy (add'l) | 04/16/13 | K | | |
| 125. -Vanguard Bond Index Fund Short Term Bond ETF | | | | | Buy | 03/25/13 | J | | |
| 126. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 127. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 128. -Ishares MSCI JPN IDEX FD Japan Index Fund | | | | | Buy | 04/01/13 | J | | |
| 129. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 130. -Ishares S&P 500 Growth S&P 500 Growth Index FD | | | | | Buy | 04/01/13 | J | | |
| 131. -Schw Intl EQ ETF | | | | | Buy | 04/01/13 | J | | |
| 132. -Market Vectors ETF Trusthard Assets Producers | | | | | Buy | 04/01/13 | J | | |
| 133. -Ishares S&P 500 Value S&P 500 Value Inex FD | | | | | Buy | 04/01/13 | K | | |
| 134. -Vanguard Total Stock Mkt | | | | | Buy | 04/01/13 | J | | |
| 135. -Vanguard FTSE Emerging Markets ETF | | | | | Buy | 04/01/13 | J | | |
| 136. -Ishares Core S&P ETF Smallcap | | | | | Buy | 04/01/13 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
(See Columns B1 and D4)
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
(See Columns C1 and D3)
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated
(See Column C2)

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 138. -Ishares Core S&P ETF Midcap | | | | | Buy | 04/01/13 | K | | |
| 139. -FirstMerit Corp Stock (common) | | | | | Buy | 04/15/13 | J | | |
| 140. | | | | | Sold (part) | 08/07/13 | J | | |
| 141. -GlaxoSmithKline PLC ADR F Sponsored ADR | | | | | Buy | 05/28/13 | J | | |
| 142. -SCH US REIT ETF | | | | | Buy | 07/01/13 | K | | |
| 143. -H C P Inc. Stock (common) | | | | | Buy | 08/07/13 | J | | |
| 144. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 145. -Williams Companies Stock (common) | | | | | Buy | 09/09/13 | J | | |
| 146. -Leidos Holdings Inc. Stock (common) | | | | | Spinoff (from line 108) | 10/03/13 | J | | |
| 147. -B G C Partners Class A Stock (common) | | | | | Buy | 11/05/13 | J | | |
| 148. | | | | | Buy (add'l) | 11/06/13 | J | | |
| 149. -B P PLC ADR Stock (common) | | | | | Buy | 11/15/13 | J | | |
| 150. -Guggenheim Exch TRD FD Bullet Shares | | | | | Buy | 11/20/13 | K | | |
| 151. | | | | | | | | | |
| 152. TIAA-CREF | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 06/05/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John E. Dowdell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544